THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Gavin Williams, Appellant.
 
 
 

Appeal From Aiken County
 John C. Few, Circuit Court Judge
Unpublished Opinion No. 2008-UP-220
Submitted April 1, 2008  Filed April 11,
 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle C. DuRant, of Columbia, for Appellant.
 John Benjamin Aplin, of Columbia, for Respondent.
 
 
 

PER CURIAM: Gavin Williams appeals his probation revocation, arguing the trial court erred in revoking his probation without holding a full evidentiary
 hearing.  After a thorough review of the record and counsels brief pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Williams appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
ANDERSON,
 SHORT and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.